# IN THE NINTH COURT OF APPEALS

## 09-18-00082-CR

Steven Derrick South

v.

The State of Texas

On Appeal from the
County Court at Law No 5 of Montgomery County, Texas
Trial Cause No. 17-324602

## <u>JUDGMENT</u>

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the appeal is dismissed.

Opinion of the Court delivered by Justice Hollis Horton

May 16, 2018

**APPEAL DISMISSED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court